# Exhibit 1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,730,949**
Registered Dec. 29, 2009

TENBRINK WINERY, LLC (CALIFORNIA LIMITED LIABILITY COMPANY)
4185 CHARBORNE ROAD
FAIRFIELD, CA 94534

**Int. Cl.: 33**

FOR: WINES, IN CLASS 33 (U.S. CLS. 47 AND 49).

FIRST USE 2-20-2008; IN COMMERCE 2-20-2008.

**TRADEMARK**
**PRINCIPAL REGISTER**

THE MARK CONSISTS OF A SHOVEL OF GOLD. THE COLOR BLACK REPRESENTS BACKGROUND AND IS NOT PART OF THE MARK.

THE COLOR(S) GOLD IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SER. NO. 77-737,702, FILED 5-15-2009.

TRICIA SONNEBORN, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Fri Jan 21 03:32:22 EST 2022*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At:        OR  Jump  to record:         **Record 5 out of 11**

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Goods and Services** | IC 033. US 047 049. G & S: Wines. FIRST USE: 20080220. FIRST USE IN COMMERCE: 20080220 |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 14.07.01 - Agricultural implements (non-motorized), shovels ; Agricultural implements (non-motorized), spades : Farm equipment, agricultural implements (non-motorized), shovels ; Farm equipment, agricultural implements (non-motorized), spades ; Shovels : Spades, agricultural ; Trowels (gardening) |
| | 26.11.21 - Rectangles that are completely or partially shaded |
| **Trademark Search Facility Classification Code** | ART-14.07 Non-motorized agricultural or horticultural implements |
| | SHAPES-COLORS-2 Design listing or lined for two colors |
| | SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77737702 |
| **Filing Date** | May 15, 2009 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 13, 2009 |
| **Registration Number** | 3730949 |
| **Registration Date** | December 29, 2009 |
| **Owner** | (REGISTRANT) Tenbrink Winery, LLC LIMITED LIABILITY COMPANY CALIFORNIA 4185 Charborne Road Fairfield CALIFORNIA 94534 |
| **Attorney of Record** | Tenbrink Winery, LLC |
| **Description of Mark** | The color(s) gold is/are claimed as a feature of the mark. The mark consists of a shovel of gold. The color black represents background and is not part of the mark |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20190206. |
| **Renewal** | 1ST RENEWAL 20190206 |
| **Live/Dead Indicator** | LIVE |

| TSDR | ASSIGN Status | TTAB Status |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

# Exhibit 2











# TENBRINK

## 2015 Christmas Wine & Gift Event - Sat. Dec. 12th - 11am - 4 pm

| | | | |
|---|---|---|---|
| **2013 Rockville Red** | $25 bottle | $250 case | |
| A blend of Caberent and Petite Sirah | | | |
| **2013 Rockville White** | $12 bottle | $120 case | |
| a Chardonnay Blend | | | |
| **2014    Rose** | $12 bottle | $120 case | |
| from our Cabernet grapes | | | |
| **2013    Riesling** | $16 bottle | $120 case | |
| a "dry" Riesling - fruity but not sweet | | | |
| **2012    Tempranillo** | $16 bottle | $180  case | |
| soft yet juicy - an easy red | | | |
| **2012    Petite Sirah** | $50 bottle | $500 case | |
| our biggest  and  boldest red | | | |
| **2013    Cabernet** | $50 bottle | $500 case | |
| classic Cabernet - very rich | | | |
| 2015 Olive Oil    750ml | $38 bottle | $400 case | |
| 2015 Olive Oil    350 ml | $25 bottle | | |
| Red Gift Box    "THE ROCKVILLES" | $30  BOX | | |
| Black Gift Box    " THE RICH REDS" | $95  BOX | | |
| Gold Gift Box    "THE PARTY BOX" | $40  BOX | | |
| subtotal before discount or taxes | $ | | |
| active mailing list guests receive an additional 10% discount ! | $ ( - ) | | |
| new sub total | $ | | |
| 7.625% Solano County unincorporated area  sales TAX | $ ( + ) | | |
| **grand total** | | | |

We accept Visa and Mastercard

**We can ship this wine for you for an additional charge
please let us know and we will calculate shipping and handling
certain states may not receive in time for Christmas**

we are not open to the public - but we do private wine and food paired tastings
$20 person to reserve - reimbursed to wine purchases-minimum 10 people
contact Linda Tenbrink (707) 480-7334 for info and to schedule an appointment

---

Purchasing Customer Name

Address

City, State Zip

Phone

Email

Cost

Ship To:/Name

Address

City,State Zip

Phone

Email

Cost

Ship To:Name

Address

City, State Zip

Phone

Email

Ship To: Name

Address

City, State Zip

Phone

Email

Cost

# Exhibit 3

 (https://californiawinesandwineries.com/)

# California Wines & Wineries

Wines and Wineries in California

(https://californiawinesandwineries.com/)

## Tenbrink 2016 Petite Sirah – Bold, Brawny and Yet Graceful (https://californiawinesandwineries.com/2020/01/18/tenbrink-2016-petite-sirah-bold-brawny-and-yet-graceful/)

POSTED ON JANUARY 18, 2020 (HTTPS://CALIFORNIAWINESANDWINERIES.COM/2020/01/18/TENBRINK-2016-PETITE-SIRAH-BOLD-BRAWNY-AND-YET-GRACEFUL/)

Did a story on Tenbrink and Tolenas wines earlier this month but did not review their Tenbrink 2016 Petite Sirah. (https://californiawinesandwineries.com/2020/01/09/tenbrink-vineyards-and-tolenas-winery-a-family-story/ (https://californiawinesandwineries.com/2020/01/09/tenbrink-vineyards-and-tolenas-winery-a-family-story/)). Steve Tenbrink gave me a bottle after I had purchased on the spot 6 bottles of their Chardonnay. I put it in the cellar waiting for the right time and food pairing.



Last night at our informal "Friday Wine & Dine" group dinner at Copper Valley Grille, consisting of good friends, fellow wine drinkers who all are Wine Society members, I ordered the Flat Iron Steak thinking this would be a solid pairing. The Flat Iron Steak was grilled medium rare, with whiskey peppercorn sauce, roasted baby red potatoes and spaghetti squash. The wine was opened up about one hour before the meal.

Advertisement

**Fish With AC Fly Fishing**

Fish With Northern California's #1 Fly Fishing
Guide Service

AC Fly Fishing

REPORT THIS AD                    REPORT THIS AD

**The wine was an intense deep red almost "black coloration" when being poured. It possessed a heavy body and viscosity. The senses were on overload on the first smell and taste with flavors of blueberry, cocoa, black pepper and a slight smell of sweet pipe tobacco. This was no ordinary Petite Sirah in the glass was the consensus of the group! The consumption of the wine with the steak proved excellent and exquisite. One of the folks at dinner had grilled pork tenderloin with fig glaze, bacon , onion compote and sweet corn puree and it even tasted better with a piece I was given! I have had the opportunity to try many, many Petite Sirah's and this one received my highest praises and score. At the table we had another Petite Sirah but in comparison it was like a watered down version! The finish was exceptional with a long finish with bold fruits and flavors and strong tannins.**

**As an educational note, Petite Sirah is not a "smaller" version of Syrah as it is a wholly different varietal. The background on Petite Sirah is that it is the offspring of Syrah and Peloursin (a scarce and almost extinct grape).**

**Since it is getting to the end or football season, the analogy of this Petite Sirah reminds me of a 260 pound linebacker with brawn and strength, yet nimble like a Heisman Trophy running back with the ability to maneuver around the food and impart such wondrous fruit profiles. This wine became an instant legend from Suisun Valley and scored touchdowns with all the fans participating in dinner last night! This sells for $60 and is a gem.**

**Slainte,**

**Michael**
**https://californiawinesandwineries.com (https://californiawinesandwineries.com)**

**http://tenbrinkvineyards.com/ (http://tenbrinkvineyards.com/)**

**http://tolenaswinery.com/ (http://tolenaswinery.com/)**

Advertisements

Advertisements

**Simms
Challen
Insulate**

A verstatile,
waterproof a
hat for the c
on the water

SIMMS Fishing G
Simms Fishing Products

**Fish With AC Fly Fishing**

Fish With Northern California's #1 Fly Fishi
Guide Service
AC Fly Fishing

REPORT THIS AD                                          REPORT THIS AD

This entry was posted in Uncategorized (https://californiawinesandwineries.com/category/uncategorized/).

← Looking For a New Varietal? Try 2018 Prie Vineyard & Winery – 2018 Dornfelder (https://californiawinesandwineries.com/2020/01/17/looking-for-a-new-varietal-try-2018-prie-vineyard-winery-2018-dornfelder/)

Coquelicot Estate Vineyard – 2018 Sauvignon Blanc →

## 3 thoughts on "Tenbrink 2016 Petite Sirah – Bold, Brawny and Yet Graceful"

**Tenbrink 2018 Chardonnay Continues To Be A Great Wine « California Wines & Wineries (https://californiawinesandwineries.com/2021/07/07/tenbrink-2018-chardonnay-continues-to-be-a-great-wine/) said:**
*July 7, 2021 at 9:26 pm*

[…] https://californiawinesandwineries.com/2020/01/18/tenbrink-2016-petite-sirah-bold-brawny-and-yet-gra&#8230 (https://californiawinesandwineries.com/2020/01/18/tenbrink-2016-petite-sirah-bold-brawny-and-yet-gra&#8230); […]

★ (https://californiawinesandwineries.com/2020/01/18/tenbrink-2016-petite-sirah-bold-brawny-and-yet-graceful/?like_comment=3660&_wpnonce=de404c1954)
Like

REPLY (HTTPS://CALIFORNIAWINESANDWINERIES.COM/2020/01/18/TENBRINK-2016-PETITE-SIRAH-BOLD-BRAWNY-AND-YET-GRACEFUL/?REPLYTOCOM=3660#RESPOND)

**2018 Tenbrink Chardonnay – The Perfect Wine to Enjoy On The Patio « California Wines & Wineries (https://californiawinesandwineries.com/2021/08/25/2018-tenbrink-chardonnay-the-perfect-wine-to-enjoy-on-the-patio/) said:**
*August 25, 2021 at 6:54 pm*

[…] https://californiawinesandwineries.com/2020/01/18/tenbrink-2016-petite-sirah-bold-brawny-and-yet-gra&#8230 (https://californiawinesandwineries.com/2020/01/18/tenbrink-2016-petite-sirah-bold-brawny-and-yet-gra&#8230); […]

★ (https://californiawinesandwineries.com/2020/01/18/tenbrink-2016-petite-sirah-bold-brawny-and-yet-graceful/?like_comment=3872&_wpnonce=5a4e4ad5fc)
Like

REPLY (HTTPS://CALIFORNIAWINESANDWINERIES.COM/2020/01/18/TENBRINK-2016-PETITE-SIRAH-BOLD-BRAWNY-AND-YET-GRACEFUL/?REPLYTOCOM=3872#RESPOND)

**2018 Tenbrink Chardonnay and A Light Stir-Fried Chicken « California Wines & Wineries (https://californiawinesandwineries.com/2021/09/18/2018-tenbrink-chardonnay-and-a-light-stir-fried-chicken/) said:**                                                    September 18, 2021 at 6:41 pm

[…] https://californiawinesandwineries.com/2020/01/18/tenbrink-2016-petite-sirah-bold-brawny-and-yet-gra&#8230 (https://californiawinesandwineries.com/2020/01/18/tenbrink-2016-petite-sirah-bold-brawny-and-yet-gra&#8230); […]

★ (https://californiawinesandwineries.com/2020/01/18/tenbrink-2016-petite-sirah-bold-brawny-and-yet-graceful/?like_comment=3973&_wpnonce=e3887c1d47)
Like

REPLY (HTTPS://CALIFORNIAWINESANDWINERIES.COM/2020/01/18/TENBRINK-2016-PETITE-SIRAH-BOLD-BRAWNY-AND-YET-GRACEFUL/?REPLYTOCOM=3973#RESPOND)

## Leave a Reply

Enter your comment here...

## About Me

My focus is on showcasing small artisan and handcrafted wines of quality regardless of pricing. Quality wines are defined as having distinct layers and aromas that linger on the palate.
I am a member of American Wine Society. I typically taste 1,500+ wines a year. All the recommendations listed are wines which I have paid for and tasted. I am also a collector of fine Northern California wines, writer, grape broker, exporter servicing 3-Star Michelin restaurants and more.

Contact at mkellywine@gmail.com

**f** (https://www.facebook.com/CaliforniaWinesAndWineries/)

2016 Wine Bloggers Conference 2016 Participant

Search

## Subscribe

Enter your email address to follow CAWW and receive notifications of new posts by email.

Enter your email address



# 2009 Tenbrink Vineyards Cabernet Sauvignon
**CABERNET SAUVIGNON**

**NR**
Had this? Rate it!

USA > California > North Coast > Suisun Valley
Drinking window not specified (Add My Dates)

---

## WHAT DO YOU THINK?

Add A Tasting Note

---

## PRO REVIEWS

Professional reviews have copyrights and you can view them here for your *personal* use only as private content. To view pro reviews you must either subscribe to a pre-integrated publication or manually enter reviews below. Learn more.

Manage Subscriptions

**Add Your Own Reviews:**

Add A Pro Review

---

## WINE DEFINITION

| | |
|---|---|
| Vintage | 2009 |
| Type | Red |
| Producer | Tenbrink Vineyards |
| Variety | Cabernet Sauvignon |
| Designation | n/a |
| Vineyard | n/a |
| Country | USA |
| Region | California |
| SubRegion | North Coast |
| Appellation | Suisun Valley |
| Display options | Default |

---

## ADVERTISEMENT

Report a problem with this page. See my transactions.

© 2003-22 CellarTracker! LLC. All rights reserved. "CellarTracker!" is a trademark of CellarTracker! LLC. No part of this website may be used, reproduced or distributed without the prior written permission of CellarTracker! LLC.

Advertisements

REPORT THIS AD

 (https://californiawinesandwineries.com/)

## California Wines & Wineries

Wines and Wineries in California
(https://californiawinesandwineries.com/)

# 2018 Tenbrink Vineyards Chardonnay (https://californiawinesandwineries.com/2022/01/22/2018-tenbrink-vineyards-chardonnay/)

POSTED ON JANUARY 22, 2022 (HTTPS://CALIFORNIAWINESANDWINERIES.COM/2022/01/22/2018-TENBRINK-VINEYARDS-CHARDONNAY/)



Pulled of the cellar a 2018 Tenbrink Chardonnay from Suisun Valley. When I first tasted this wine in January 2019, I immediately rated it as one of the Best of Year wines on the nose alone without even tasting it. I can't recall giving a "score" to any wine before tasting it! When I first sipped the wine it was inspirational. The pale straw coloring provided an array of honeysuckle, pear and apple on nose and later on the palate. It had a touch of citrus on the finish and was clearly going to be a winner! All the kudos for this wine still ring true! It made the Best Wines Tasted in 2021. I am so pleased I continued to purchase this wine. A tremendous bargain now at $32 retail price for the 2020 release. See a previously written stories on this boutique winery at:

https://californiawinesandwineries.com/2020/01/09/tenbrink-vineyards-and-tolenas-winery-a-family-story/ (https://californiawinesandwineries.com/2020/01/09/tenbrink-vineyards-and-tolenas-winery-a-family-story/)

https://californiawinesandwineries.com/2020/01/18/tenbrink-2016-petite-sirah-bold-brawny-and-yet-graceful/ (https://californiawinesandwineries.com/2020/01/18/tenbrink-2016-petite-sirah-bold-brawny-and-yet-graceful/)

The Food and Wine Pairing



Advertisements

Advertisements

Simms
Challer
Insulate

A verstatile,
waterproof a
hat for the c
on the water

SIMMS Fishing C
Simms Fishing Products

REPORT THIS AD                                      REPORT THIS AD

Last evening paired with a grilled Swordfish at Vine28 restaurant. Topped with a pineapple salsa, garlic mashed potatoes and seasonal vegetables.  The Swordfish dinner was a great pairing with the floral and fruits in this flavorful Tenbrink Chardonnay.

Suisun Valley is definitely one of the most underappreciated and under the radar wine regions in California.

Sláinte,

Michael

https://californiawinesandwineries.com (https://californiawinesandwineries.com)

http://tenbrinkvineyards.com/ (http://tenbrinkvineyards.com/)

https://coppervalleygolf.com/ (https://coppervalleygolf.com/)

Advertisements                                                    Advertisements

REPORT THIS AD                                    REPORT THIS AD

This entry was posted in Uncategorized (https://californiawinesandwineries.com/category/uncategorized/).

← 2019 Wood Family Vineyards Malbec Being Released in March, 2022
   (https://californiawinesandwineries.com/2022/01/18/2019-wood-family-vineyards-malbec-being-released-
   in-march-2022/)

Cabernet Franc Celebration – Wine Tasting of Award Winning Wine →

## Leave a Reply

Enter your comment here...

Tenbrink Vineyards ~ A Suisun Valley Success Story | Suisun Valley Vintners & Growers Association

- Home
- Industry Resources
- 2019 Growing Season Report
- Appellation Facts
- Testimonials
- Press about Suisun Valley
- Wineries
- Grape Sales
- Weather Stations

- Member Directory
- Become a Member
- Board/Contact Us
- Trade & Media Tools



# Tenbrink Vineyards ~ A Suisun Valley Success Story

Posted on Nov 30, 2010 in Blog, Grape Growing, Wine | 1 comment

### In a Nutshell

Linda and Steve Tenbrink have farmed in Suisun Valley for most of their adult lives. They came to Suisun Valley as newlyweds with absolutely no experience in farming, but they had a dream. They bought their first five acres, where the winery now stands, and at the urging of winemaker Abe Schoener they decided to build their winery. Once they had set aside a barrel of our own wine to see what it would taste like, they knew that they were also going to be making wine in Suisun Valley. Their first vintage was in 2006, and they've a lot of fun making wine ever since.

### Their Farm

Over the years, they've continued buying farmland, which now includes about 60 acres for vineyards. They also have another 52 acre farm. This one is planted with walnuts, a variety of fruit trees, and an heirloom tomato patch. They grow several hundred varieties of tomatoes each year, and their clients include many Napa and Bay Area fine dining restaurants, like the French Laundry and Bistro Don Giovanni's.

### Their Winery

Their winery is a red barn, which they've added to the remnants of a100 year-old redwood barn They don't have a tasting room yet, but they host a lot of private events by invitation, only.

### Their Winemaking Style

They know the importance of great wine beginning in the vineyards. Steve controls the quality of the grapes during all the seasons, knowing each vine intimately. He use both traditional and new methods of winemaking to craft wines that are uniquely his own. Because they're farmers first, they decided to use a shovel on their label, because "it's a perfect icon," according to Linda Tenbrink.

**Stephen Tenbrink** is a soft spoken, quietly self-assured grower. He and his wife **Linda** operate **Tenbrink Vineyards** in **Suisun Valley;** Steve the humble farmer, and Linda his promoter in all things related to their businesses. Steve began farming:

- at first with cherries, peaches, apricots and prunes
- followed by a farmers market garden with 100's of heirloom tomatoes
- segueing to a walnut grove
- and finishing with a vineyard project by 1996

They got themselves over the Suisun/Napa mountain range to sell those tomatoes, headed toward a most opportune relationship.



That moment came with one of their clients, the talented and quirky winemaker **Abe Schoener** (former professor of Ancient Greek philosophy, so you can only imagine where he'd take winemaking). Abe was buying their tomatoes for a dinner party. They nudged him to come to their vineyards to see the promise that this might also hold for him… And he finally did it, changing the course of all of their lives.

Abe became fascinated. So fascinated, in fact, that Linda happily relates:

> In 2002, we managed to convince Abe to visit our vineyard. He was very reluctant. However, once he took sight of the vineyards he said, "I knew that I was going to buy some of those grapes before I even got out of the car". We were so happy that as a present to Abe we gave him some of our Petite Sirah grapes, which became the foundation of his Scholium Project – Babylon.

> Things grow rapidly around us – and so did the **Scholium Project**. At Abe's urging we built a winery, as he had outgrown the facility he was using in Napa. Once again, entering the winery business completely naïve – (probably a good thing we didn't know) headfirst with no experience at winemaking .

The union of Abe and Steve has given the Tenbrinks an advantage of having a winemaker who's brave, innovative, and daring to inspire their own winemaking style. And, he loves media attention. Together, they're sharing the world of wine in a very close relationship.



[This image was taken during Passport Weekend, April 2009, for a Wall Street Journal story.]

The intent of making their own wines to showcase the potential for the excellent quality to price ratio that exists from Suisun Valley, and their connection to Abe Schoener, has done a lot to demonstrate that quality from vine to wine…



[Another photo from their Passport event. Steve is in the center in the beige shirt.]

Abe has had three really high profile stories in the last month alone:

**SF CHRON**: *N.Y. takes a new look at California wines,* by Talia Baiocchi, November 7, 2010:

"… Abe Schoener, proprietor of Scholium Project, found New York to be more receptive to his uncategorizable efforts, like skin-fermented Sauvignon Blanc. 'I don't fit into this new category of natural winemaking in California,' Schoener says, 'Nor do I fit into this old category of high-alcohol, extracted wines. Being in that no-man's land has been a lot easier for me in New York than it has been in California.' Indeed, two-thirds of Schoener's mailing list is made up of New York residents."

**Esquire Magazine**, *Abe Schoener: Renegade Vintner,* by Robert Willey, December 2010

"Last summer… an aspiring young French vintner on a two-week research tour put an unwashed, streaked glass to his lips. He was silent f̶ moment, this man schooled in the classic flavors of grapes now standing in a workshop cluttered with hydrometers and refractometers a̶r̶ with copies of Darwin, Gibbon, and Borges. And then he burst out laughing. This sauvignon blanc rocketed beyond its usual harmony o̶f̶ and citrus into an earthier realm of … mushrooms and cheese?! This petite sirah was — how do you say in English? — violating his mout̶h̶…

**Wall Street Journal** also had a story featuring Abe in November. *Napa's Retro Dudes,* by Jay McInerney:

""A former professor of Greek philosophy, Mr. Schoener is the proprietor of Scholium Project, a winery that makes deeply eccentric (mostly white) wines beloved by sommeliers and geeks. He looks a little alien here in his sharp black suit and his tinted Utopia LA glasses, but it's clear that he's part of the gang."

Linda takes great pride in what they're all achieving. She recent wrote:

> I suggest that you follow Abe Schoener on **Facebook**, especially the last two weeks. He's been in LA and was received favorably at Four Seasons; and is now in Chicago where every top end restaurant is throwing a reception for him.

Most of the publicity for the Tenbrink's Vineyards is coming through Abe's efforts, but Linda also enjoys important wine placement in companies like **Dean & Deluca**. They know they're coming of age, with tie-ins from outside of their valley that are solidly placing them "on the map."

Abe Schoener's wines demonstrate the prices that a vintner is able to get using Suisun Valley fruit:

- 2007 Tenbrink Vineyards Bricco Babelico ~ Petite $45 (Suisun Valley, but not on the label as the AVA)
- 2008 Tenbrink Vineyards Babylon ~ Petite Sirah $75 (Suisun Valley, but not on the label as the AVA)

Hardy Wallace wrote about Suisun Valley and Tenbrink Vineyards: A Day at Tenbrink Vineyards by **www.dirtysouthwine.com**.

"Last Sun., my buddy Tripp and I headed over to Fairfield, CA / Suisun (so-soon) – for a Sunday afternoon trifecta–Getting to hang and walk the vineyards with Linda and Steve Tenbrink of Tenbrink Vineyards and Winery, to taste barrels with Abe Schoener of Scholium Project and then to tuck into a ridiculous feast of pig-tastic proportions (Linda can cook like a maniac)…"

## Leave a Reply

Name (required)

Mail (will not be published) (required)

2/9/22, 9:50 AM

Case 3:22-cv-00857-WHO Tenbrink Vineyards A Suisun Valley Success Story | Suisun Valley Vintners & Grow of Association Filed 02/16/22 Page 23 of 44

Website

Submit Comment

## Pages

- Home
- Appellation Facts
  - History
  - Map
  - Appellation Application
- Wineries
  - Testimonials
- Press about Suisun Valley
  - Press Releases from Suisun Valley
- Trade & Media Tools
- Weather Stations
- Member Directory
  - Become a Member
  - Board/Contact Us
- Grape Sales
  - Submit Grapes for Sale
- Industry Resources
- 2019 Growing Season Report
- Svvga.com Accessibility Statement

Explore Suisun Valley tasting rooms, farm stands, restaurants, events and more at suisunvalley.com

 Book an overnight stay in Fairfield hotels here.







info@svvga.com ~ © 2022 Suisun Valley Vintners & Growers Association ~ 4160 Suisun Valley Road ~ Suite E - 141 ~ Fairfield, CA 94534

See You in Suisun | Monarch Wine

# (https://mo

WINERIES (HTTPS://MONARCH.WINE/CATEGORY/WINERIES/)

## SEE YOU IN SUISUN



BY ALLISON LEVINE(HTTPS://MONARCH.WINE/AUTHOR/ALLISONLEVINE/)   |   NOVEMBER 11, 2021

There is a likely chance you have not heard of the Suisun Valley but an equally likely chance you have had wines made from grapes from the Suisun Valley. How is that possible? Where is the Suisun Valley? What is the Suisun Valley? Well, after reading this, you might start saying, "See you in Suisun!".

The Suisun Valley lies on the backside (southeast side) of Napa Valley where the two regions share a county line. The Suisun Valley is not a new region. In fact, grapes have been cultivated in this area since the 1800s. The Suisun Valley American Viticultural Area (AVA) was established in 1982, making it the 12th AVA established in California. And, in 1983, the Suisun Valley was inducted into the North Coast AVA which includes the AVAs of Napa and Sonoma. It is under the North Coast AVA that you have likely had a wine from the Suisun Valley.

Originally home to the Patwin tribe, the name "Suisun" is a Patwin word that means "where the west wind blows". Surrounded by the Vaca Mountains and the St. George range, the Suisun Valley is also influenced by the San Pablo and Suisun Bays. In a Mediterranean climate with a marine influence, cool winds come in from the bays and help the grapes mature.



Only eight miles long and three miles wide, there are three distinct climate zones. The "lower valley" is windy and the coolest part where even Pinot Noir can grow; the "mid-valley" is where the winds are buffered by the mountains resulting in idyllic growing conditions for a variety of grapes; the "upper valley", the warmest area, is where the canyons lead into Napa Valley.

There are more than 3,000 acres planted to more than 28 varieties of wine grapes in the Suisun Valley. The primary red grape is Petite Sirah but other red grapes include Cabernet Sauvignon, Zinfandel, Cabernet Franc, Merlot, Syrah, Sangiovese, Tempranillo, Barbera, Teroldego, Grenache, Carignane, Mourvedre, Primitivo, Aglianico, Malbec, Chabono, and even Pinot Noir. White grapes include Chardonnay, Chenin Blanc, Albarino, Gewurztraminer, Pinot Grigio, Sauvignon Blanc, Viognier, Riesling, and more.

Eighty percent of the vineyards in the Suisun Valley are family-owned, and all are Certified California Green. There are 12 small, family-owned wineries welcoming guests to taste their wines. Next time you head to Napa, perhaps head to the back side of Napa Valley and visit one of these wineries in the Suisun Valley.

**Tenbrink Family Winery** (https://www.tenbrinkwinery.com/)

Steve and Linda Tenbrink drove through the Suisun Valley on the way from the Bay Area to Lake Berryessa. They found a property in 1982, built a house, planted a fruit orchard, and built a fruit stand. But in 1996 Steve began growing grapes and selling them. One of the winemakers he sold wine to told Steve that if he built a winery, he would teach him how to make wine. And, in 2007, Steve started Tenbrink Family Winery. Making only 200 cases of wine per year, Steve is very hands-on, using native yeasts and fermenting in puncheons.

*Tenbrink Family Winery 2019 Assyrtiko, Suisun Valley ($32)* – A grape typically found on the island of Santorini in Greece, a small amount is grown in the Suisun Valley, and 2019 marks the third vintage for Steve. The wine has nutty and mineral notes with a touch of floral aromas. On the palate, the wine has a full-bodied texture and finishes with notes of citrus and honey.



**Tenbrink 2016 Estate Petite Sirah, Suisun Valley ($100)** – Suisun Valley is considered the "Petite Sirah capital" and this is a beautiful expression of the grape. Intense notes of blueberry, prunes, cocoa, sweet tobacco and black pepper jump out of the glass. Deep, dark, rich, and bold yet finishes elegantly with bright acidity.

**Tolenas Winery** (https://www.tolenaswinery.com/)

Raised on the Tenbrink farm, Lisa Tenbrink Howard swore she would never work in agriculture. She "ran away" and studied engineering. But ultimately, Lisa moved back with her husband Cliff Howard and in 2015 they started Tolenas Winery. An extension of Tenbrink Family Winery, Tolenas produces 1300 cases per year.

**Tolenas 2020 Eclipse White Pinot Noir, Suisun Valley ($35)** – In 2017, during the American eclipse, Lisa decided to keep some of the Pinot Noir that she typically sold to the Biltmore Estate in North Carolina. She made her first vintage of white Pinot Noir and has been doing it every year since. 313 cases are made of this fresh and elegant wine with aromas of strawberries, cherries, white nectarine, grapefruit, and a touch of watermelon.



*Tolenas 2017 Red Blend, Suisun Valley ($50)* – Instead of making six different wines from six different grapes, they decided to blend them all together. 60% Petite Sirah, 25% Zinfandel, and 10% Cabernet Sauvignon, with a splash of Tempranillo, the blend is aged in mostly neutral French and Hungarian oak. The result is a wine with dark red and black fruit, spice, and floral notes, sweet fruit tannins, and good acidity.

**Vezér Family Vineyard** (https://www.vezerfamilyvineyard.com/)

Founded by Frank and Liz Vezér in 2001, they produced their first Zinfandel in 2003. Since then, they have added more varieties, including Verdelho, Sauvignon Blanc, Cabernet Sauvignon, Petite Sirah, Merlot, and more. Jacob Stuessy has been the winemaker since 2011, after starting as a harvest "grunt" in 2007. The charming Blue Victorian house, a historic landmark in the Suisun Valley, is home to one of the ever-popular tasting rooms of Vezér Family Wines

*Vezér Family Vineyard 2020 Franci Verdelho, Suisun Valley ($35)* – Coming from a small 2.5-acre hillside vineyard on the estate, the seventh vintage of this wine is made by foot stomping whole clusters, partial fermentation in oak, and four months on the less. Intense aromatics of stone fruit, melon, and ginger give way to a creamy midpalate and a honeyed finish.

*Vezér Family Vineyard Cassie 2016 Petite Sirah, Suisun Valley ($56)* – If looking for an "easy-drinking" Petite Sirah, this is it. Notes of boysenberry, blackberry, and cocoa lead to full-bodied wine with a broad texture and a hint of sweetness on the finish.



**Suisun Creek Winery** (https://www.suisuncreekwinery.com/)

Brian Babcock is a fourth-generation farmer and a first-generation winemaker. His family moved to the Suisun Valley when he was five years old. They started farming fruit trees but thirty years ago they replaced the fruit trees with grapes. Brian studied viticulture and enology at UC Davis and worked in Napa before returning to his family's property in 2016. Suisun Creek Winery produces all estate wines from their 80 acres and produces 900 cases of wine per year.

**Suisun Creek Winery 2020 Rosé, Suisun Valley ($20) –** Made from the rarely planted Charbono grape, the grapes are hand-picked and go directly to the press where they spend two hours on the skins. The result is a shockingly bright and attractive cherry Jolly Rancher pink color. Notes of cherry, watermelon, and rose blossom open to a refreshing wine with a candied flavor on the finish.



**Suisun Creek Winery 2017 Estate Petite Sirah, Suisun Valley ($44) –** Big fruit aromas of blackberry, boysenberry, black cherry, black currant, cola, and stewed prunes, this Petite Sirah has a rich, full body with smooth tannins.

**Wooden Valley Winery** (https://www.woodenvalley.com/)

Wooden Valley Winery was founded in 1933, after prohibition, by two Italian brothers, Salvatore and Emmanuel Brea. Mario Lanza moved to the Suisun Valley after a workplace incident. He knew the brothers and became a partner in 1944 and became the sole owner in 1955. Today Wooden Valley Winery is run by Mario's four grandsons. Rick is the winemaker, Ron handles the business and marketing, and Larry and Ken manage the vineyards. Wooden Valley Winery is the oldest winery in Suisun Valley, and they produce 10,000 cases of wine per year from their 400 acres of vineyards.

*Wooden Valley 2018 Merlot, Suisun Valley ($25)* **–** With 14% Cabernet Sauvignon blended in, this is a very enjoyable, easy-drinking Merlot. It has pretty notes of cherries, blackberries, and cocoa with a hint of vanilla and on the palate, the medium-bodied wine has a silky finish.

*Lanza 2019 Sangiovese, Suisun Valley ($27)* **–** A medium-bodied wine, this Sangiovese has aromas of black raspberry, black cherry, blackberry, cola, and sweet tobacco and finishes with juicy tannins.



**Mangels Vineyards** (https://www.mangelsvineyards.com/)

Mangels Vineyards is a partnership between Gary Mangels and Gina Richmond whose families both have a long history in the Suisun Valley. Gary's family arrived in the valley in 1866 and began producing wine in 1906. Gina's family arrived in the valley in 1890 and grew fruits and vegetables. In 1988, Gary purchased land and planted 35-acres of vines in 1991. He and Gina, who is the winemaker, founded Mangels Vineyards in 2009

*Mangels Vineyards 2019 Pinot Grigio, Suisun Valley ($17)* – Picked at low sugar levels to maintain freshness, fermented in concrete eggs, and stirring the lees, the wine has green apple, stone fruits, and floral notes and a lovely mid-weight on the palate.

*Mangels Vineyards 2018 Reserve Petite Sirah Suisun Valley ($35)* – A bold wine with fresh aromas of blackberry, boysenberry, black cherry, and spice, the wine is vibrant on the palate with smooth tannins and a lingering finish.

**BackRoad Vines** (https://backroadvines.com/)

With a commitment to ecological responsibility, BackRoad Vines practices biodynamic farming, as well as recycles packaging materials, and up-cycles their byproducts. Specializing in Syrah, Cabernet Sauvignon, and red blends, BackRoad Vines hand-picks all grapes and ferments them in small vessels to produce distinctive wines.

*BackRoad Vines 2017 Mule, Suisun Valley ($69)* – A blend of Petite Sirah and Syrah, this bold wine has notes of blackberry, stewed prunes, clove spices, and black pepper.

**Caymus – Suisun** (https://www.wagnerfamilyofwine.com/product/2018-caymus-suisun-petite-sirah-grand-durif-suisun-valley)

Caymus is a known name in the wine industry, having been an established brand in Napa Valley since the 1970s. Seeing the potential of the Suisun Valley, Caymus started working in the valley in 2014 and is currently planning to open a tasting room.

*Caymus-Suisun Grand Durif Petite Sirah 2018 ($60)* – Plum, blackberry, black cherry, black pepper, cedar, tobacco, and a touch of vanilla aromas on the nose. On the palate, the wine is full-bodied with beautiful acidity, structured tannins, and a lingering, juicy finish.

**Suisun Valley Wine Co-Op** (https://suisunvalleywinecoop.com/)

More than just a tasting room, the Suisun Valley Co-Op is an incubator for smaller wineries. Founded in 2007, it is currently home to three wineries, Sunset Cellars, Blacksmith Cellars, and King Andrew Vineyards. Current owner Fah Sathirapongsasuti began going to the Co-Op to learn about wine and after meeting the winemakers, he was drawn in.

**Sunset Cellars** – Doug and Katsuko Sparks began Sunset Cellars in 1997, making wine in their garage in the Inner Sunset District in San Francisco. They founded the Suisun Valley Wine Co-Op as a tasting room for their wines and started making their wines there, including Barbera, Old Vine Zinfandel, Carignan, Petite Sirah, Charbono, and more.

**Black Smith Cellars –** Owner Matt Smith founded Blacksmith Cellars in 2003 with Cabernet Sauvignon and Chenin Blanc as his flagship wines. Matt loves to work with lesser-known varieties, such as Torrontes, Verdelho, Counoise, and Nero d'Avola, as well as playing with aging in bourbon casks and botanical infusions.

**King Andrews Vineyards** – After growing grapes for many years, Roger and Carol King decided to become winemakers. Their first Syrah was in 2005; their first Cabernet Sauvignon was in 2007; they began making Albarino in 2008.

**Suisun Valley Filling Station** (https://www.facebook.com/suisunvalleyfillingstation/)

Located at Mankas Corner, the meeting hub of the Suisun Valley, the Suisun Valley Filling Station is a vintage gas station-inspired tasting room. Founded by Wendy DeCoito in 2018, the wine bar features locally produced Suisun Valley wines. In addition to featuring local producers, there are wines produced under the Filling Station label, such as "Faith" Sauvignon Blanc, "Friendship" Cabernet Blend, "Love" Zinfandel, and "Gratitude".

*Suisun Valley Filling Station 2019 Gratitude, Suisun Valley ($32)* – A red blend of Rondinella and Corvina, two grapes traditionally found in Northern Italy, the grapes were handpicked and foot stomped. A light, transparent red wine, it has dark cherry, bramble aromas, and is light-bodied and fun. Best served chilled.

**Il Fiorello Olive Oil Company** (https://ilfiorello.com/)

A visit to the Suisun Valley is not complete without a visit to Il Fiorello Olive Oil Company. Founded in 2005 by Ann Fiorello Sievers and Mark Sievers, they have more than 3000 trees and 13 varieties of French, Italian, Spanish, and Greek olives. They built a mill on the property where they produce award-winning olive oils.

Olive oil tastings are offered daily and include a comparative tasting of Extra Virgin Olive Oils, Co-Milled Oils, and Balsamic Vinegar Reductions as well as a chef-crafted food pairing. Cooking classes, both demonstrations and hands-on, are offered. Or enjoy a prix fixe lunch while looking out at the olive trees. Il Fiorello Olive Oil Company also hosts fun events, such as the lavender festival.

The Suisun Valley has the rustic charm of the Napa Valley in the 1960s and there is much to discover. Remember, the Suisun Valley may be on the backside of Napa but that backside is "shaping up"!



## ALLISON LEVINE (HTTPS://MONARCH.WINE/AUTHOR/ALLISONLEVINE/)



(https://monarch.wine/author/allisonlevine/)

Allison Levine is owner of Please The Palate, a boutique agency specializing in marketing and event planning for the wine and spirits industry. With over 15 years of experience in communications, marketing and event planning, Allison is passionate about the world around her and the diverse people in it. Allison holds a Master's Degree in International Communications with a focus on cross-cultural training from the American University School of International Service. She also holds a WSET Level 3 Certificate from the Wine & Spirits Education Trust (WSET), an Italian Wine Specialist Diploma from the North American Sommelier Association, a Certified Meeting Professional Certificate (CMP), and is BarSmarts Wired certified.

## LATEST ARTICLES



ZETTA: TOAST A GLASS WITH A TOUCH OF CLASS
(HTTPS://MONARCH.WINE/ZETTA-TOAST-A-GLASS-WITH-A-TOUCH-OF-CLASS/)
(https://monarch.wine/zetta-toast-a-glass-with-a-touch-of-class/)



TOP SHELF SENSUALITY
(HTTPS://MONARCH.WINE/TOP-SHELF-SENSUALITY/)
(https://monarch.wine/top-shelf-sensuality/)



SEXY NYE PAIRING: CROSTINI BUBBLES
(HTTPS://MONARCH.WINE/SEXY-NYE-PAIRING-CROSTINI-BUBBLES/)
(https://monarch.wine/sexy-nye-pairing-crostini-bubbles/)



CHABLIS ACROSS VINTAGES
(HTTPS://MONARCH.WINE/CHABLIS-ACROSS-VINTAGES/)
(https://monarch.wine/chablis-across-vintages/)

## SHARE

   

LATEST     FOOD & WINE PAIRING     SOMMELIERS     TRAVEL     WINE EDUCATION     WINERIES



WINE EDUCATION (HTTPS://MONARCH.WINE/CATEGORY/WINE-EDUCATION/)

TOP-SHELF SENSUALITY (HTTPS://MONARCH.WINE/TOP-SHELF-SENSUALITY/)

KEVIN CHESLEY (HTTPS://MONARCH.WINE/AUTHOR/KEVINCHESLEY/) , LUCY SPAIN (HTTPS://MONARCH.WINE/AUTHOR/LUCYSPAIN/)

FOOD-WINE-PAIRING (HTTPS://MONARCH.WINE/CATEGORY/FOOD-WINE-PAIRING/)

SEXY-NYE PAIRING: CROSTINI & BUBBLES (HTTPS://MONARCH.WINE/SEXY-NYE-PAIRING-CROSTINI-BUBBLES/)

BRIANNE COHEN (HTTPS://MONARCH.WINE/AUTHOR/BRIANNECOHEN/) , LUCIA PALM (HTTPS://MONARCH.WINE/AUTHOR/LUCI...)

WINE EDUCATION (HTTPS://MONARCH.WINE/CATEGORY/WINE-EDUCATION/)

CHABLIS ACROSS VINTAGES (HTTPS://MONARCH.WINE/CHABLIS-ACROSS-VINTAGES/)

RENÉE SFERRAZZA (HTTPS://MONARCH.WINE/AUTHOR/RENEESFERRAZZA/)

WINERIES (HTTPS://MONARCH.WINE/CATEGORY/WINERIES/)

SPLURGE-WORTHY WINE GIFTS FOR EVERYONE ON YOUR LIST (HTTPS://MONARCH.WINE/SPLURGE-WORTHY-WINE-GIFTS-FOR-EVERYONE-ON-YOUR-LIST/)

BRIANNE COHEN (HTTPS://MONARCH.WINE/AUTHOR/BRIANNECOHEN/)

FROM GLASS TO THE GRAM @MONARCH.WINE

(https://www.instagram.com/p/CYgiRm (https://www.instagram.com/p/CYrpnC (https://www.instagram.com/p/CYCEhC (https://www.instagram.com/p/CXtbJ6

(https://www.instagram.com/p/CXlwOc (https://www.instagram.com/p/CWoPh (https://www.instagram.com/p/CWJTav (https://www.instagram.com/p/CVlXrN-

JOIN OUR SOCIAL WINE CLUB

| Email |
| --- |
| SUBSCRIBE |

# (https://r

## EXPLORE

HOME(HTTPS://MONARCH.WINE/)

PUBLICATION(HTTPS://MONARCH.WINE/PUBLICATION/)

ABOUT(HTTPS://MONARCH.WINE/ABOUT/)

## TOPICS

WINERIES(HTTPS://MONARCH.WINE/CATEGORY/WINERIES/)

SOMMELIERS(HTTPS://MONARCH.WINE/CATEGORY/SOMMELIERS/)

FOOD &        (HTTPS://MONARCH.WINE/CATEGORY/FOOD-
WINE          WINE-PAIRING/)

TEAM(HTTPS://MONARCH.WINE/TEAM/)

COMEDY(HTTPS://MONARCH.WINE/COMEDY/)

CONTACT US(MAILTO:HELLO@MONARCH.WINE)

WINE (HTTPS://MONARCH.WINE/CATEGORY/WINE-EDUCATION EDUCATION/)

WINEMAKERS(HTTPS://MONARCH.WINE/CATEGORY/WINEMAKER-FEATURE/)

TRAVEL(HTTPS://MONARCH.WINE/CATEGORY/TRAVEL/)

## LATEST

ZETTA: TOAST A GLASS WITH A TOUCH OF CLASS (HTTPS://MONARCH.WINE/ZETTA-TOAST-A-GLASS-WITH-A-TOUCH-OF-CLASS/)
JANUARY 20, 2022

TOP SHELF SENSUALITY (HTTPS://MONARCH.WINE/TOP-SHELF-SENSUALITY/)
JANUARY 13, 2022

SEXY NYE PAIRING: CROSTINI & BUBBLES (HTTPS://MONARCH.WINE/SEXY-NYE-PAIRING-CROSTINI-BUBBLES/)
DECEMBER 28, 2021

CHABLIS ACROSS VINTAGES (HTTPS://MONARCH.WINE/CHABLIS-ACROSS-VINTAGES/)
DECEMBER 23, 2021

SPLURGE-WORTHY WINE GIFTS FOR EVERYONE ON YOUR LIST (HTTPS://MONARCH.WINE/SPLURGE-WORTHY-WINE-GIFTS-FOR-EVERYONE-ON-YOUR-LIST/)
DECEMBER 17, 2021

THE PENULTIMATE URBAN WINERY & BREWERY HIDEAWAY (HTTPS://MONARCH.WINE/THE-PENULTIMATE-URBAN-WINERY-AND-BREWERY-HIDEAWAY/)
NOVEMBER 23, 2021



© 2022 MONARCH WINE  |  PRIVACY POLICY (https://monarch.wine/privacy/)

# Exhibit 4



## La Pelle ~ The Shovel

From the shovel's first plunge into the vineyard soil, to its last scrape of the fermentation tank, La Pelle wines are equally crafted in the vineyard and in the cellar and are a true collaboration between farmer and winemaker.







# Exhibit 5



La Pelle Wines
C/O Reidy Law Group
1230 Spring Street
St. Helena, Ca 94574

Sent Electronically and Via US Mail

May 18, 2021

Re:   Unauthorized Use of Trademark Reg. No. 3730949

Ms. Bonachea,

The Law Office of Erik Boardman, LLP represents The Tenbrink Winery, LLC ('Tenbrink').  We write to you today as we are aware that La Pelle Wines has, and continues to use the federally licensed trademark of Tenbrink without authorization.  Further, Tenbrink has placed La Pelle on notice of the infringing marks via phone/text conversation with the principal Miguel Luna, dated April 5, 2021 and has received the Reidy Law Group written response dated April 12, 2021.  We are not persuaded with the response and are prepared to pursue legal action.

As you are aware, Tenbrink Winery, LLC has been actively and continuously using the cited mark from at least 02/20/2008.  Since that date, our client has established a specific and valuable reputation with its customers and clients for high quality wine and other agricultural products.  Beginning with the first formal trademark registered on 12/29/2009, the Tenbrink family has been a pioneer in the wine and viticulture industry in the Suisun Valley and will not let their reputation be tarnished by the product of another.

It is important to make clear that Tenbrink Winery, LLC exercises its right to protect the trademark. The client's mark serves as an important and distinctive representation of the origin and source of the Tenbrink brand as well as the integrity of the family business.  Your client's logo infringes, dilutes, and tarnishes The Tenbrink mark by bringing harm to its reputation for world class products, attention to detail, love, and dedication to the winemaking craft.  The inclusion of the use of the registered mark of a shovel as a logo for an upstart brand is an insult to the hard work and reputation that the Tenbrink family has established over decades and multiple generations of dedication to the craft.

By using the shovel trademark on your wine, you are knowingly infringing the client's trademark in bad faith.  Not only is the Tenbrink "Shovel of Gold" mark clearly distinctive, it has become incontestable due to the length of time of its registration and indisputable secondary meaning to people throughout the United States.

Our client demands your company and its principals promptly cease and desist use of the use of the shovel logo in any on-line, print, or other public activity including social media.  In addition, our client requires that you avoid the future trade use of any other marks not specifically identified in this letter that infringe upon the rights of our client, Tenbrink Farms, LLC.  Finally, your affirmative response indicating your intention to comply with our demand is expected no later than July 1, 2021.  With your response, please include the following:  1) the period of time your company has used your mark, 2) the number of customers who have used your site since its inception, 3) the gross annual revenue received from investors, customers or vendors, and 4) the names and contact information of your principal officers and any shareholders.  If there is a failure to reply in a timely manner, your company may be at risk of future litigation.

Attached please see the Tenbrink Winery LLC Trademark Reg. No. 3730949 and evidence of the infringing mark.

Sincerely,

Erik Boardman, Esq.

The Law Office of Erik Boardman, LLP