HOLLAND & KNIGHT LLP
Daniel P. Kappes (SBN 303454)
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: 415-743-6900
Facsimile: 415-743-6910
E-mail: daniel.kappes@hklaw.com

Attorneys for Plaintiff Tenbrink Winery, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TENBRINK WINERY, LLC<br><br>        Plaintiff,<br>  v.<br><br>LA PELLE WINES, LLC<br><br>        Defendant. | Case 3:22-cv-00857<br><br>**PLAINTIFF TENBRINK'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 3-15, Plaintiff Tenbrink Winery, LLC, by and through their undersigned counsel, certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Tenbrink Winery, LLC is a member-managed LLC. It has no corporate parent or corporate subsidiary:

Dated: February 10, 2022                               HOLLAND & KNIGHT LLP

                                                By:  _____s/ Dan Kappes_____
                                                     Daniel P. Kappes

                                                Attorneys for Tenbrink Winery, LLC