AO 120 (Rev. 08/10) (CAND version 7/18)

## REPORT ON THE FILING OR DETERMINATION OF AN
## ACTION REGARDING A PATENT OR TRADEMARK

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court for the Northern District of California on the following . . .

☒ Trademarks or          ☐ Patents.          (☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| 3:22-cv-00857-WHO | February 10, 2022 | 450 Golden Gate Avenue, 16th Floor San Francisco, CA 94102 |

| PLAINTIFF | | DEFENDANT |
|---|---|---|
| **Tenbrink Winery LLC** | | **La Pelle Wines LLC** |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | **\*\*Please see attach Complaint\*\*** |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above – entitled case, the following patent(s)/trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above – entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

| ACTING CLERK OF COURT | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Mark B. Busby | Gina Agustine | February 15, 2022 |

**E-filing instructions:  Please save and e-file in CM/ECF under**
**Other Filings > Other Documents > Patent/Trademark Report.**