UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TENBRINK WINERY LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>LA PELLE WINES LLC,<br><br>        Defendant. | Case No. 3:22-cv-00857-WHO<br><br>**ORDER OF DISMISSAL** |

Pursuant to the notice filed by the plaintiff, this matter is dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 30, 2022



William H. Orrick
United States District Judge